1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID M. FURBUSH #83447
2  david.furbush@pillsburylaw.com
   2550 Hanover Street
3  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500 / Facsimile: (650) 233-4545
4
   PILLSBURY WINTHROP SHAW PITTMAN LLP
5  JUSTIN L. BROSSIER #285443
   justin.brossier@pillsburylaw.com
6  ELAINE Y. LEE #293452
   elaine.lee@pillsburylaw.com
7  725 S. Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
8  Telephone: (213) 488-7100 / Facsimile: (213) 629-1033

9  Attorneys for Defendants
   CEEG (SHANGHAI) SOLAR SCIENCE & TECHNOLOGY CO., LTD. and
10 CHINA SUNERGY (NANJING) CO., LTD.

11

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                 WESTERN DIVISION- LOS ANGELES

15
                                           )
16 SUNVALLEY SOLAR, INC., a               )   Case No. _____
   Nevada Corporation,                    )
17                                         )   NOTICE OF REMOVAL OF
                     Plaintiff,            )   CIVIL ACTION PURSUANT TO
18                                         )   9 U.S.C. § 201 *et seq.*
         vs.                               )
19                                         )
   CHINA ELECTRIC EQUIPMENT               )
20 GROUP CORPORATION, a                   )
   corporation chartered in China; DOES   )
21 1 through 50, inclusive,                )
                                           )
22                   Defendants.           )
                                           )
23

24

25

26

27

28
   706062150v3                    - 1 -

                                      NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judges of the United States District Court for the Central District of California, to Plaintiff Sunvalley Solar, Inc., and to its attorneys of record:

PLEASE TAKE NOTICE that Defendants CEEG (Shanghai) Solar Science & Technology Co., Ltd. ("SST") and China Sunergy (Nanjing) Co., Ltd. ("CSUN") hereby remove this action from the Superior Court of California for the County of Los Angeles-Pomona Division to the United States District Court for the Central District of California – Western Division, the district and division within which the state court action is pending. In support, Defendants state as follows:

## THE REMOVED CASE

1. On January 17, 2014 a civil action was commenced in the Superior Court of California- Pomona Courthouse, captioned *Sunvalley Solar, Inc. v. China Electric Equipment Group Corporation*, Case No. KC065447.

2. Defendants CEEG (Shanghai) Solar Science & Technology Co., Ltd. ("SST") and China Sunergy (Nanjing) Co., Ltd. ("CSUN") are the current defendants in the action.[1]

3. Sunvalley Solar, Inc. ("Sunvalley") alleges the following causes of action against Defendants: breach of contract, intentional misrepresentation, negligent misrepresentation, and violation of California Business and Professions Code § 17200.

## BASIS FOR REMOVAL: FEDERAL QUESTION

4. This Court has original jurisdiction over this civil action under 9 U.S.C. § 201, *et seq.*, which provides for federal subject matter jurisdiction in actions relating to an arbitration agreement arising out of a legal, commercial

---

[1] Defendant China Electric Equipment Group Corporation and Doe Defendant China Sunergy (US) Clean Tech, Inc. were dismissed without prejudice on May 1, 2014. Defendants SST and CSUN were added on May 7, 2014.

relationship involving a citizen of a signatory state to the Convention on Recognition and Enforcement of Foreign Arbitral Awards. *See Balen v. Holland America Line Inc.*, 583 F.3d 647 (9th Cir. 2009).

5. According to the complaint, Plaintiff is a Nevada corporation with its principal place of business in the county of Los Angeles, California.

6. Defendants SST and CSUN are both citizens of China, a signatory state to the Convention on Recognition and Enforcement of Foreign Arbitral Awards.

7. Plaintiff's alleged causes of actions are related to certain commercial transactions between Plaintiff and Defendants. These commercial transactions are subject to written Sales Contracts between Plaintiff and Defendants, pursuant to which all disputes in connection with the Contracts are to be submitted to arbitration with China International Economic and Trade Arbitration Commission Shanghai Commission.

8. Hence, this civil action is one which may be properly removed to this Court under 9 U.S.C. § 201, *et seq.*

### REMOVAL IS TIMELY

9. Pursuant to 9 U.S.C. § 205, removal can be effectuated at any time before trial. The trial in this action has been set for November 3, 2015. Therefore, this Notice of Removal is timely.

### CONSENT

10. Both Defendants are removing the case; therefore, all Defendants consent to removal.

### FILING OF REMOVAL PAPERS

11. Pursuant to 28 U.S.C. § 1446(d), written notice will be served on Plaintiff through their counsel of record and a copy of the written notice to Plaintiff along with this Notice of Removal will be filed with the Superior

Court of California, County of Los Angeles- Pomona Courthouse.

**PAPERS FROM REMOVED ACTION**

12. A true and correct copy of all documents filed in this action in state court are attached as Exhibit 1 through 41 as follows:

- *Exhibit 1*- Summons and Complaint, filed by Plaintiff on January 17, 2013
- *Exhibit 2*- Notice of Case Management Conference, issued by the state court on January 18, 2013
- *Exhibit 3*- Notice of Motion and Motion of Defendant China Electric Equipment Group Corporation to Quash Service of Summons; Declaration of Pan Guohua In Support Thereof, filed on March 6, 2013
- *Exhibit 4*- Notice re: Continuance of Case Management Conference, issued by the state court on April 29, 2013
- *Exhibit 5*- Notice of Non-Opposition to Motion to Quash, filed by Plaintiff on June 13, 2013
- *Exhibit 6*- Notice of Motion and Motion of Defendant China Electric Equipment Group Corporation to Quash Services of Summons; Declaration of Pan Guohua and Declaration of David M. Furbush In Support Thereof, filed by Defendant on December 13, 2013
- *Exhibit 7*- Amendment to Complaint (Doe 1 China Sunenergy Clean Tech Inc. Aka CSUN), filed by Plaintiff on January 13, 2014
- *Exhibit 8*-Notice of Case Reassignment, filed by Plaintiff on January 21, 2014
- *Exhibit 9*- Plaintiff Sunvalley Solar, Inc.'s Opposition to Defendant China Electric Equipment Group Corporation's Motion to Quash Summons; Declaration of Henry Yu and Declaration of Jason J.L. Yang In Support Thereof, filed on January 23, 2014

- *Exhibit 10*- Reply In Support of Defendant China Electric Equipment Group Corporation's Motion to Quash Service of Summons; Declaration of Kelly W. Craven In Support Thereof, filed by Defendants on January 29, 2014
- *Exhibit 11*- Notice of Ruling on Defendant China Electric Equipment Group Corporation's Motion to Quash Service of Summons, filed by Plaintiff on February 14, 2014
- *Exhibit 12*- Request for Entry of Default against China Sunergy Clean Tech Inc. aka CSUN, filed by Plaintiff on March 19, 2014
- *Exhibit 13*- Stipulation for Voluntary Dismissal and Continuance of Case Management Conference and Order, filed by Defendants on May 1, 2014
- *Exhibit 14*- Notice of Continuance of Case Management Conference and Motion to Quash Hearing, filed by Plaintiff on May 6, 2014
- *Exhibit 15*- Amendment to Complaint (Doe 2 CEEG (Shanghai) Solar Science & Technology Co., Ltd.), filed by Plaintiff on May 8, 2014
- *Exhibit 16*- Amendment to Complaint (Doe 3 China Sunergy (Nanjing) Co., Ltd.), filed by Plaintiff on May 8, 2014
- *Exhibit 17*- Amended Proof of Service of Amendment to Complaint, filed by Plaintiff on May 14, 2014
- *Exhibit 18*- Acknowledgements of Receipt, filed by Plaintiff on June 4, 2014
- *Exhibit 19*- Answer to Amended Complaint, filed by Defendants on June 30, 2014
- *Exhibit 20*- Notice of Continuance of Case Management Conference and OSC, filed by Plaintiff on August 18, 2014
- *Exhibit 21*- Notice of Ruling at Case Management Conference, filed by

Plaintiff on September 19, 2014

- *Exhibit 22*- Plaintiff's Motion Compelling Form Interrogatory- Set One Responses from CEEG (Shanghai) Solar Science & Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order filed on December 22, 2014

- *Exhibit 23*- Plaintiff's Motion Compelling Request for Production of Documents- Set One Responses from CEEG (Shanghai) Solar Science & Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 24*- Plaintiff's Motion Compelling Special Interrogatory- Set One Responses from CEEG (Shanghai) Solar Science & Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 25*- Plaintiff's Motion To Deem Request for Admissions- Set One Served On CEEG (Shanghai) Solar Science & Technology Co., Ltd. Admitted; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 26*- Plaintiff's Motion Compelling Form Interrogatory- Set One Responses from China Sunergy (Nanjing) Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 27*- Plaintiff's Motion Compelling Request for Production of Documents- Set One Responses from China Sunergy (Nanjing) Co.,

Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 28*- Plaintiff's Motion Compelling Special Interrogatory- Set One Responses from China Sunergy (Nanjing) Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 29*- Plaintiff's Motion To Deem Request for Admissions- Set One Served On China Sunergy (Nanjing) Co., Ltd. Admitted; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed on December 22, 2014

- *Exhibit 30*- Ex Parte Application For An Order To Advance And Shortening Time To Hear The Motions To Compel Responses To Discovery Requests; Declaration of Jason J.L. Yang In Support Thereof; Proposed Order, filed by Plaintiff on January 13, 2015

- *Exhibit 31*- Notice of Ruling on Ex Parte Application, filed by Plaintiff on January 21, 2015

- *Exhibit 32*- Notice of Continuance of Motion to Deem Request for Admissions Admitted and Motion to Compel Form Interrogatory Responses from CEEG (Shanghai) Solar Science & Technology Co., Ltd., filed by Plaintiff on March 3, 2015

- *Exhibit 33*- Notice of Taking the Motions to Compel Off-Calendar, filed by Plaintiff on March 12, 2015

- *Exhibit 34*- Stipulation and Order to Continue the Trial and Other Trial Related Dates, filed by Defendants on March 19, 2015

- *Exhibit 35*- Plaintiff's Motion to Compel Further Responses to Form Interrogatories- Set One from CEEG (Shanghai) Solar Science &

Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Separate Statement of Items in Dispute; Proposed Order, filed on April 28, 2015

- *Exhibit 36*- Plaintiff's Motion to Compel Further Responses to Special Interrogatories- Set One from CEEG (Shanghai) Solar Science & Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Separate Statement of Items in Dispute; Proposed Order, filed on April 28, 2015

- *Exhibit 37*- Plaintiff's Motion to Compel Further Responses and Compliance to Request for Production of Documents- Set One from CEEG (Shanghai) Solar Science & Technology Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Separate Statement of Items in Dispute; Proposed Order, filed on April 28, 2015

- *Exhibit 38*- Plaintiff's Motion to Compel Further Responses to Form Interrogatories- Set One from China Sunergy (Nanjing) Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof, filed on April 28, 2015

- *Exhibit 39*- Plaintiff's Motion to Compel Further Responses to Special Interrogatories- Set One from China Sunergy (Nanjing) Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof; Separate Statement of Items in Dispute, filed on April 28, 2015

- *Exhibit 40*- Plaintiff's Motion to Compel Further Responses and Compliance to Request for Production of Documents- Set One from China Sunergy (Nanjing) Co., Ltd.; Memorandum of Points and Authorities and Declaration of Jason J.L. Yang In Support Thereof;

Separate Statement of Items in Dispute; Proposed Order, filed on April 28, 2015

- *Exhibit 41*- Defendants' Consolidated Opposition to Plaintiff's Motions to Compel Discovery and Requests for Sanctions, filed on June 30, 2015

## CONCLUSION

13. This removal is timely, and all conditions and procedures for removal have been satisfied, including those required by 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Central District of California.

14. Based upon the above stated facts and legal principles, and in accordance with 9 U.S.C. § 201, *et seq.*, this entire action is properly removable to the United States District Court of the Central District of California.

15. Defendants reserve the right to file such additional support for this Notice of Removal as may be appropriate.

WHEREFORE, Defendants, without waiving any of its defenses, respectfully request that the above-captioned action be removed from the Superior Court of California, County of Los Angeles- Pomona Courthouse, to this Court.

Dated:  July 6, 2015

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        By: _____*/s/ Elaine Y. Lee*_____
        Elaine Y. Lee
        Attorneys for Defendants
        CEEG (SHANGHAI) SOLAR SCIENCE & TECHNOLOGY CO., LTD. and CHINA SUNERGY (NANJING) CO., LTD.